**The People of the State of Illinois, defendant in error, v. James Tyler, plaintiff in error. Gen. No. 26,152.**

Indictment for burglary from a railroad car and for larceny and receiving stolen property. Felony waived as to each count and plea

of not guilty of petty larceny. Jury waived and defendant found guilty. Error to the Criminal Court of Cook county; the Hon. Robert E. Crowe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed December 21, 1921.

John M. Lonergan, for plaintiff in error. Robert E. Crowe and Edward E. Wilson, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.